1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| PAUL STRAND and DIANNE STRAND, husband and wife, | NO. CV-06-0224-LRS |
|---|---|
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the Joint Motion of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

DATED this  19th  day of  September , 2008.

s/Lonny R. Suko
───────────────────────────
LONNY R. SUKO
United States District Judge

ORDER OF DISMISSAL - 1